UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PRIESTLEY, | CASE NO. CV 07-04431 MMM (FFMx) |
| Plaintiff, | JUDGMENT FOR DEFENDANTS |
| vs. | |
| OFFICE OF THE CITY ATTORNEY, et al., | |
| Defendants. | |

Plaintiff Eric Priestley having failed within the time frame established by the court to file a third amended complaint establishing that the court has jurisdiction to hear his claims,

IT IS ORDERED AND ADJUDGED that plaintiff Eric Priestley's action be dismissed for lack of subject matter jurisdiction.

DATED: March 14, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE